AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date:          Apr 03, 2026

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    3:26-mj-304 |
| LASIERRA CHESHER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of        March 31, 2026        in the county of        Jefferson        in the
Western    District of        Kentucky        , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 844(k) | Theft of Explosive Materials |
| 18 USC § 842(i) | Possession of Explosive Materials by a Prohibited Person |

This criminal complaint is based on these facts:

See attached Affidavit in Support of a Criminal Complaint

☑ Continued on the attached sheet.

/s/ Kristi Schumacher
*Complainant's signature*

Kristi Schumacher, SA ATF
*Printed name and title*

SAttested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  April 3, 2026

*Judge's signature*

City and state:        Louisville, Kentucky

REGINA S. EDWARDS, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Kristi Schumacher, being duly sworn, depose and state that:

1. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) assigned to the Louisville Office. As such, I am an investigative or law enforcement officer of the United Stated within the meaning of Title 18, United States Code, Section 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516 (1). I have been a Special Agent of the ATF since March of 2018, during which time I have been involved in investigations related to prohibited persons possessing firearms, persons trafficking firearms, persons committing arson, along with possessing explosive material, and persons distributing controlled substances.

2. The information contained in this affidavit details a summary of the investigative efforts that led to the arrest of Lasierra CHESHER and is based on my personal involvement in the investigation, my training and experience, and information provided to me by other law enforcement officers. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact I know concerning this investigation. Rather, I have set forth only the facts that relate to the issue of whether probable cause exists to support the issuance of the requested criminal complaint.

3. Between the late hours of March 31, 2026 and the early morning hours of April 1, 2026, a theft of explosives occurred from K&M Blasting Federal Explosives Licensee (FEL) at a

1

AUSA ECL

construction site located at 9408 Old Bardstown Road, Louisville, Kentucky 40291. The suspects gained entry into an explosives magazine which was concealed from public view, by unknown means. The locks were cut from the magazine, with one of the top loops left on scene. Investigators determined the theft to be approximately 438lbs of the following explosives:

    a.   12 sticks 2.5"x16" Orica Power Pro (DSC 14JA26J1)

    b.   89 sticks Orica Senatel Ultrex (DSC 18DE25V4)

    c.   6 fifty-pound bags of Orica Amex-WR ANFO

4.  On April 2, 2026, ATF received information regarding the theft of explosives. ATF responded to 7212 Ridge Creek Road, Louisville, Kentucky 40291 and made contact with Shannon REINHARDT. REINHARDT stated she was involved with the theft, so investigators read REINHARDT her rights per the Miranda Warning, where she agreed to speak with investigators.

5.  REINHARDT stated that James CULVER and Lasierra CHESHER (CHESHER is CULVER's girlfriend) picked up REINHARDT in their father's F250 (REINHARDT and CULVER are siblings) and drove them to their father's gravesite around 1700 hours on March 31, 2026. After visiting the gravesite, REINHARDT explained that all three of them got into their grandfather's F250 and CULVER drove them to a construction site on Old Bardstown Road. CULVER backed the truck up to the explosives magazine[1] and got out. REINHARDT told investigators CHESHER provided CULVER with a pair of bolt cutters and attempted to break the locks on the magazine. REINHARDT stated that the bolt cutters were not working so

---

[1] An explosives magazine is a secure, specialized container or structure designed to store explosives, ammunition, or blasting agents, complying with safety standards like ATF, DoD, and NFPA. They are crucial for mining, law enforcement, and defense, featuring robust steel construction, fire resistance, ventilation, and non-sparking interiors.

CULVER took chains he had in the back of the truck and tied them to the locks. REINHARDT stated CULVER began driving forward, breaking the locks from the magazine.

6. REINHARDT told investigators that she, CULVER, and CHESHER began grabbing bags of explosives from the magazine and putting them in the truck. REINHARDT stated once they were finished, CULVER drove them back to REINHARDT's residence at 7212 Ridge Creek Road, Louisville, KY 40291, utilizing back roads. REINHARDT stated that they went to REINHARDT's residence because CHESHER had created a Facebook Marketplace deal. REINHARDT stated that once they arrived at the residence, CULVER and CHESHER went inside while REINHARDT began unloading the explosives into the garage.

7. REINHARDT stated that at approximately 2200 hours REINHARDT drove CULVER and CHESHER to a lot on Industrial Boulevard, Louisville, Kentucky 40219, so they could get a new vehicle due to the F250 leaking fuel. (Through investigative means investigators were able to confirm the address as 1151 Industrial Boulevard, Louisville, KY 40219.) REINHARDT stated CULVER and CHESHER entered a white dump truck and drove off the lot. REINHARDT stated that the F-250 (bearing Kentucky License Plate L2T694) was currently parked in the driveway of her residence.

8. Investigators observed the F250 parked at REINHARDT's residence and noted that there were multiple chains in the bed of the truck and bolt cutters in the backseat.

9. REINHARDT provided ATF with consent to search her garage. Investigators located all the explosives that had been stolen from the construction site.

3




(Explosives recovered from 7212 Ridge Creek Road)



(Explosives recovered from 7212 Ridge Creek Road)

10. REINHARDT informed ATF that CULVER and CHESHER lived at 8307 Huntsman Trail, Louisville, Kentucky 40291. ATF and LMPD conducted surveillance at the location, which the Property Valuation Administration documents as being owned by CULVER. Investigators observed the aforementioned dump truck in the driveway.

11. Investigators observed a Nissan Rogue pull into the driveway of the residence, and a male and female subject exit the vehicle, and enter the residence. Shortly after, they observed the male subject, later identified as C.J., exit the residence with a bag, and place it into the Nissan. C.J. exited the residence once more, and retrieved the bag from the Nissan, and placed it into the dump truck. C.J. and an unidentified female exited the residence and left in the Nissan Rogue. LMPD conducted a traffic stop of the vehicle and interviewed C.J.

12. C.J. stated he received a call from CULVER's grandfather, asking to check on CULVER because he had not heard from him. When C.J. arrived at 8307 Huntsman Trail, he met with CULVER who handed him a box full of blasting caps[2]. C.J. stated he went to the kitchen, retrieved a Wingstop bag, and placed the box into the bag. C.J. stated he then took the bag outside and placed it into the Nissan and returned into the residence.

13. C.J. stated that he overheard CULVER and CHESHER say they were on the news. C.J. stated he looked up why they would have been on the news and saw the ATF reward for information regarding a theft of explosives. C.J. stated he then went back to his vehicle, retrieved the bag, and placed it into the dump truck that was parked on the driveway. C.J. stated he and the female then left the residence in the Nissan.

---

[2] A blasting cap (or detonator) is a small, highly sensitive explosive device used to initiate a larger, less sensitive primary explosive charge, such as dynamite or TNT. These devices, often metal tubes containing high explosives, are activated electrically or via fuse to create a shockwave, acting as the trigger in demolition, mining, and construction.

14. Shortly after, ATF and LMPD observed CULVER and CHESHER exit the front of the residence and approach the dump truck in the driveway. Investigators approached CULVER and CHESHER and gave verbal commands to stop. CULVER fled on foot, and, after a brief foot chase, CULVER and CHESHER were taken into custody.

15. At that time, ATF retrieved the bag from the back of the dump truck and located blasting caps.



(Blasting caps recovered from dump truck at 8307 Huntsman Trail)

16. ATF and LMPD conducted a Mirandized interview with CULVER, who confessed to stealing the explosives. Specifically, CULVER stated that he, CHESHER, and REINHARDT were visiting the cemetery for their deceased father. They all left the cemetery together and CULVER stated that's when he observed the construction site and magazine on Old Bardstown Road.

6

17. CULVER stated he drove over to the magazine and tried to cut the locks off with bolt cutters. CULVER explained it did not work so he tied chains to the locks and pulled them off with the truck. CULVER stated all three of them were taking bags of explosives. CULVER said a total of three boxes and three bags of dynamite were taken.

18. CULVER stated he drove the truck to his father's house where REINHARDT unloaded all the bags. CULVER admitted to giving blasting caps to C.J., but stated that he has owned them for a while and they have been sitting in the basement of his residence. CULVER stated that he knew police were involved and he wanted C.J. to take the blasting caps.

19. On or about April 2, 2026, ATF conducted a Mirandized interview with CHESHER. CHESHER stated that she had been living at 8307 Huntsman Trail since August of last year. CHESHER stated that CULVER said they were on the news and that's why she believed law enforcement was speaking to her. CHESHER stated that her, CULVER, and REINHARDT were visiting their father's gravesite in a gold F250 that was registered to their grandfather's company on March 31, 2026.

20. After visiting the gravesite, CHESHER stated CULVER drove them to a construction site where CULVER started riding around and drove up to a box. CHESHER stated that CULVER opened the box and CULVER and REINHARDT were taking stuff out, but she was unaware of what it was. CHESHER stated she stayed in the front passenger seat of the truck the entire time and did not exit the vehicle. CHESHER stated once CULVER and REINHARDT finished taking stuff out of the box, CULVER drove them back to their father's house on Ridge Creek Road. CHESHER stated that on the drive back, REINHARDT mentioned explosives from the stuff they took from the construction site.

21. CHESHER stated that once they arrived at the Ridge Creek address, CHESHER and CULVER went inside the house while REINHARDT unloaded the stolen explosives. CHESHER stated she did not help unload because the car was leaking diesel fuel and she was covered in fuel. CHESHER stated later that evening, REINHARDT drove CHESHER and CULVER to a construction site on Industrial Boulevard where CULVER drove himself and CHESHER back to 8307 Huntsman Trail, Louisville, KY 40291 in a white dump truck.

22. CHESHER stated she is currently on probation for stolen checks. CHESHER stated that she was asleep when C.J. and the unknown female came to the residence on April 2, 2026, but she did overhear a conversation about police being at CULVER's dads house on Ridge Creek Road.

23. CHESHER is a convicted felon, having previously been convicted of offenses that include Receiving Stolen Property under $10,000, Trafficking in Methamphetamine, and Convicted Felon in Possession of a Firearm.

24. On or about April 2, 2026, Interstate Nexus Expert Scott Bartow was able to verbally confirm that all the explosives recovered were manufactured outside of the Commonwealth of Kentucky.

25. On or about April 2, 2026, ATF executed a search warrant at 8307 Huntsman Trail, Louisville, KY 40291 and recovered the following:

    i. One Smith and Wesson M&P 15-22, .22 caliber rifle bearing serial number JAX8467 with two loaded magazines.
    ii. One round of 7.62x51mm ammunition.
    iii. One handheld magnetometer.
    iv. Partial box of .38 Special caliber Aguila ammunition.
    v. Plastic ammo box containing .22 caliber ammunition.
    vi. Smith and Wesson gun box containing assorted ammunition.
    vii. One 64 GB Thumb drive.
    viii. One Passport External Hard drive.
    ix. Shockwave exploding target.

    x.  Multiple explosive labels and/instructional material.
   xi.  Electrical blasting caps.
  xii.  One black IPhone.



(Electrical blasting caps recovered from search warrant executed at 8307 Huntsman Trail)

26. The affiant states that the evidence outlined above establishes probable cause to believe that on or about March 31, 2026 through April 2, 2026, in Jefferson County, Kentucky:

    a.  Lasierra CHESHER knowingly and intentionally stole explosive materials which moved in interstate or foreign commerce, therefore committing the offense of 18 U.S.C. § 844(k).

    b.  Lasierra CHESHER knowingly possessed explosive material which had been shipped and transported in interstate or foreign commerce, with knowledge that she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, therefore committing the offense of 18 U.S.C. § 842(i).

9

Respectfully submitted,

/s/ Kristi Schumacher

Kristi Schumacher
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and
Explosives

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) on the 3rd day of April, 2026.

Hon. Regina S. Edwards
United States Magistrate Judge

10